UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEIL GRENNING,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CRAIG D. HARRINGTON and<br>JACK W. RICHARDSON,<br><br>　　Defendants. | NO. CV-12-0600-JLQ<br><br>ORDER DIRECTING ENTRY<br>OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 144) wherein the parties agree to the dismissal of the action with prejudice. The parties have attached the Release and Settlement Agreement (ECF No. 144-1) and therein the parties agree that the settlement includes attorney's fees and that the parties shall bear their own costs and fees.

**IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Order of Dismissal (ECF No. 144) is **GRANTED**.

2. All remaining pending Motions (ECF No. 117, 119, and 126) are **DENIED AS MOOT**.

3. The Clerk is directed to enter judgment of dismissal of the Third Amended Complaint and the claims therein with prejudice and without costs or attorneys fees to any party.

**IT IS SO ORDERED**. The Clerk of this court shall file this Order, enter Judgment, forward copies to counsel, and close this file

Dated this 22nd day of September, 2015.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1