AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NEIL GRENNING )
*Plaintiff* )
v. ) Civil Action No. CV-12-0600-JLQ
CRAIG D. HARRINGTON and )
JACK W. RICHARDSON, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion for Order of Dismissal (ECF No. 144) is granted. The Third Amended Complaint (ECF No. 76), and the claims therein, are dismissed with prejudice and without costs or attorneys fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: September 22, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/Sean F. McAvoy
*(By) Deputy Clerk*

Sean F. McAvoy